334

513 A.2d 391

**Elias H. STEIN and Leon Silverman and Samuel Rappaport Investments, Respondents,**

v.

**Samuel RAPPAPORT, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 26, 1986.

Petition for Allowance of Appeal GRANTED, No. 102 E.D. Appeal Docket 1986.